# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CHRIS NEIL FERGUSON.,
        Defendant.

**ORDER**
No. 11-cr-306 (MJD/LIB)

Clifford B. Wardlaw, Assistant United States Attorney, Counsel for Plaintiff.

Manny K. Atwal, Office of the Federal Defender, and Kevin M. Magnuson, Kelley, Wolter & Scott, PA, Counsel for Defendant.

## I. Introduction

This matter is before the court on Defendant Chris Neil Ferguson's motions to bifurcate proceedings and to exclude Rule 404(b) evidence. [Docket No. 20.]

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Defendant's Motion to Bifurcate Proceedings [Docket No. 20] is **DENIED**.

2. Defendant's motion to exclude evidence under Federal Rule of Evidence 404(b) [Docket No. 20] is **DENIED AS MOOT** because the Government has not moved to admit any such evidence.

Dated: January 10, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court